# JOEL M. MIKLACKI
### ATTORNEY AT LAW
ONE HOWE AVENUE
SUITE 301
PASSAIC, NEW JERSEY 07055

_____

**(973) 779-3300**
Fax   **(973) 779-3330**

| | |
|---|---|
| **JOEL M. MIKLACKI, ESQ.**<br>*MEMBER NEW JERSEY AND NEW YORK BARS* | **NEW YORK OFFICE** |
| _____ | _____ |
| **April Fronduto-Slavin, Esq.**<br>*MEMBER NEW JERSEY BAR* | [ ]  **REPLY TO:**   230 Hilton Avenue, Suite 17<br>**HEMPSTEAD, NEW YORK 11550**<br>*(516) 565-4123* |

March 18, 2010

*Electronically Filed*
The Honorable Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Bldg & US Courthouse
50 Walnut Street, Courtroom 2C
Newark, NJ 07102

      RE:   Colon v. Giles
            Docket No. 2:08-cv-3621

Dear Judge Shipp:

Please be advised that I represent Officer Giles in connection with the above referenced matter. Enclosed herewith please find a stipulation of dismissal with prejudice as to defendant Dewayne Giles for filing.

Thank you in advance for your anticipated attention and courtesies in this regard.

                          Respectfully submitted,

                          /s/ Joel M. Miklacki

                          JOEL M. MIKLACKI

JMM/afs
Enc.
Cc:   All counsel (via PACER only)