CHASAN LEYNER & LAMPARELLO, PC
300 Harmon Meadow Boulevard
Secaucus, New Jersey 07094-3621
(201) 348-6000
Attorneys for Defendant Lt. Jeff Wolfe pled as Sgt. J. Wolfe
Our File No.: 02097-2666

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS COLON, <br><br> Plaintiff(s), <br><br> vs. <br><br> P.O. D. GILES, P.O. W. LAZU, P.O. J. BERNASCONI, SGT. J. WOLFE, P.O. McDOWELL, CITY OF PATERSON, CITY OF PATERSON POLICE DEPARTMENT, P.O. JOHN DOE 1-10, (fictitious names) <br><br> Defendant(s). | Civil Action No.: 2:08-cv-03621 (SRC-MAS) <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF THE COMPLAINT AGAINST LT. JEFF WOLFE PLED AS SGT. J. WOLFE |

The matter having been amicably adjusted by and between the parties, it is hereby stipulated that the Complaint is hereby dismissed in its entirety against Defendant Lt. Jeff Wolfe pled as Sgt. J. Wolfe, with prejudice and without costs.

CHASAN LEYNER & LAMPARELLO, PC
Attorneys for Defendant
Lt. Jeff Wolfe pled as Sgt. J. Wolfe

By: _/s/ Mitzy Galis-Menendez_  Dated: 12-16-09
   MITZY GALIS-MENENDEZ, ESQ.

LAW OFFICE OF RICHARD G. POTTER
Attorney for Plaintiff Carlos Colon

By: _/s/ Richard G. Potter_  Dated: 3/16/10
   RICHARD G. POTTER

1